FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
6/14/2021
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

Molly L. Williams, Plaintiff

v.

Level 3 Communications, Inc., Defendant

**EMPLOYMENT DISCRIMINATION COMPLAINT**

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

A.  **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with thecourt may result in dismissal of your case.*

    Molly L. Williams
    7756 E. Kettle Pl.
    Centennial, CO 80112

    303-808-0151
    molly1113@gmail.com


B.  **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. Ifmore space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

    Level 3 Communications, Inc.
    1025 Eldorado Blvd.
    Broomfield, CO 80021


C.  **JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

_X_    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

____    Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employmentdiscrimination on the basis of a disability)

____    Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq.(employment discrimination on the basis of age)

____    Other: (*please specify*) _____

D. **STATEMENT OF CLAIM(S)**
*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).*
*Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Defendant terminated Plaintiff's employment in January 2015 due to Plaintiff being pregnant.

The conduct complained of in this claim involves the following: (*check all that apply*)

\_\_\_\_ failure to hire              \_\_\_\_ different terms and conditions of employment

\_\_\_\_ failure to promote           \_\_\_\_ failure to accommodate disability

\_X\_ termination of employment     \_\_\_\_ retaliation

\_\_\_\_ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

\_\_\_\_ race        \_\_\_\_ religion     \_\_\_\_ national origin     \_\_\_\_ age

\_\_\_\_ color       \_X\_ sex           \_\_\_\_ disability

Supporting facts:

i. Plaintiff was hired by TW Telecom on or about November 18, 2013 as an Account Executive II. TW Telecom was subsequently acquired by Defendant in approximately November 2014 and Plaintiff became an employee of Defendant through said merger.
ii. In November 2014, Plaintiff notified her employer, the Defendant, that she was pregnant.
iii. On or about January 23, 2015 Plaintiff was notified by her manager, Tracy Shaufler, that she was being laid off due to an involuntary Reduction In Force ("RIF") and that her last day of employment would be February 6, 2015. At the time Plaintiff was notified Ms. Shaufler told the Plaintiff that her layoff was due to poor performance.
iv. The Plaintiff received an outstanding review for 2014 and was ranked 7th out of 137 sales associates in a November 2014 "TW Telecom On Boarding Stack Ranking", a sales associate ranking chart. At no point prior to being notified of her termination was an issue raised regarding Plaintiff's poor performance, in fact prior to announcing her pregnancy the Plaintiff was told that she was doing all of the right things and that 2015 would be a big year for her.
v. Plaintiff was the only sales associate on her immediate team who was terminated in January 2015 through the RIF, however her performance was above at least two other individuals on her sales team, both of whom had less tenure.

3

vi.     On or about January 30, 2015, approximately 1 week after Plaintiff was notified of the involuntary RIF and layoff, a job posting which had a different title but contained substantially the same responsibilities and qualifications as Plaintiff's position was posted to the Defendant's website for the same office location.

vii.     The EEOC, through their investigation, found reasonable cause to believe that violations of law occurred with respect to this claim. It is reasonable to believe that additional facts and evidence which support Plaintiff's claim will come to light following Plaintiff's review of the EEOC file, which has been requested numerous times from the EEOC but has not yet been delivered to the Plaintiff. A freedom of information act records request has been made for the EEOC file as a result of the delayed delivery timeline.

E.  **ADMINISTRATIVE PROCEDURES**

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

    X  Yes  (***You must attach a copy of the administrative charge to this complaint***)

    ___ No

Have you received a notice of right to sue? (*check one*)

    X  Yes  (***You must attach a copy of the notice of right to sue to this complaint***)

    ___ No

F.  **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is neededto identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

Plaintiff requests that the court enter a monetary judgment against the Defendant in the amount of $225,000.00 as compensation for lost wages and reduced earnings plus attorneys' fees, costs, and interest along with any other relief the court deems appropriate.

G.  **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improperpurpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
(2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified,will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

6.14.21
_____
(Date)

(Revised December 2017)

5